**Appeal Dismissed and Memorandum Opinion filed March 26, 2026.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-26-00024-CV
_____

### RAFAEL PIZANA III, Appellant

V.

### GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellees

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-24-002330**

## MEMORANDUM OPINIOM

This is an appeal from an order signed on December 5, 2025, granting Appellees' plea to the jurisdiction. The notice of appeal was filed on January 5, 2026. On January 30, 2026, we notified Appellant that this appeal is subject to dismissal unless the appellate filing fee was paid on or before February 3, 2026. *See* TEX. R. APP. P. 5, 12.1(b), 44.3; TEX. GOV'T CODE ANN. § 51.207. On February 18, 2026, Appellant requested an extension of time to pay the filing fee,

which we granted, giving Appellant until March 10, 2026, to pay the filing fee. We again notified Appellant that the appeal was subject to dismissal without further notice for failure to comply. To date, Appellant has not paid the appellate filing fee.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f).


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.